# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2235
Lower Tribunal No. 2023-CA-003180-0001-XX

_____

SEMINOLE TRIBE OF FLORIDA d/b/a SEMINOLE GAMING,

Appellant,

v.

LYNN COSMAS,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Collier County.
Lauren L. Brodie, Judge.

January 9, 2026

PER CURIAM.

AFFIRMED. *See Seminole Tribe of Fl. v. Pupo*, 384 So. 3d 187 (Fla. 4th DCA 2023), *review denied*, No. SC2024-0548, 2024 WL 4512229 (Fla. Oct. 17, 2024). [1]

NARDELLA, WHITE and BROWNLEE, JJ., concur.

---

[1] Although not mentioned by the Fourth District, we note Part IX of the Compact states: "The obligations and rights of the State and the Tribe under this Compact are contractual in nature, and are to be construed in accordance with the laws of the State of Florida."

Mark D. Schellhase, Jordan S. Kosches, and Emily L. Pineless, of GrayRobinson, P.A., Boca Raton, for Appellant.

Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED